# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Abner Francisco Daniel<br>GONZALEZ CERVANTES,<br><br>          Petitioner,<br><br><br>ANTONE MONIZ, Superintendent, Plymouth County Correctional Facility; JOSEPH MCDONALD, JR., Sheriff, Plymouth County; PATRICIA HYDE, Field Office Director; MICHAEL KROL, HSI New England Special Agent in Charge; TODD LYONS, Acting Director U.S. Immigration and Customs Enforcement; and KRISTI NOEM, U.S. Secretary of Homeland Security,<br><br>          Respondents. | Case No. 1:25-cv-11608 |

## <u>STIPULATION OF DISMISSAL</u>

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Petitioner and Respondents hereby stipulate to the dismissal of this action. In support hereof, the parties states that, on or about September 10, 2025, Petitioner accepted a final order of removal in his immigration proceedings, waived appeal, and awaits deportation.

In light of the foregoing, the parties respectfully request that the Court accept this Stipulation of Dismissal in lieu of the Joint Status Report that the Court had ordered to be filed by September 26, 2025.  (ECF No. 9).

1

Respectfully submitted,

**PETITIONER,**

By his attorney,

/s/ Benjamin B. Tymann
Benjamin B. Tymann, BBO # 652011
Tymann, Davis & Duffy, LLP
45 Bromfield Street, 6th Floor
Boston, MA 02108
Tel. 617.933.9490
btymann@tddlegal.com


**RESPONDENTS,**

By:

LEAH B. FOLEY
United States Attorney

/s/ Shawna Yen
Shawna Yen
Assistant U.S. Attorney
U.S. Attorney's Office
John J. Moakley U.S. Courthouse
1 Courthouse Way, Suite 9200
Boston, MA 02210
Tel.: 617-748-3100
Email: Shawna.Yen@usdoj.gov

Dated: September 23, 2025